# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEIVA OPCO, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware Corporation,<br><br>    Defendant. | Civil Action No.: 2:22-cv-02709-AB-MAA<br><br>**FINAL JUDGMENT** |

The Court granted Defendant Amazon.com, Inc.'s Motion for Summary Judgment of Invalidity under 35 U.S.C. § 101 on March 4, 2024. (Dkt. No. 142.) Accordingly, the Court **ORDERS** and **ENTERS FINAL JUDGMENT** as follows:

1. Judgment is entered in favor of Defendant Amazon.com, Inc. and against Plaintiff Ceiva Opco, LLC on the four claims asserted in the Amended Complaint for patent infringement, as follows.

2. With respect to the first cause of action in the Amended Complaint, Claims 2, 6, and 19 of United States Patent No. 6,442,573 are invalid under 35 U.S.C. § 101 for failure to claim patent-eligible subject matter.

3. With respect to the second cause of action in the Amended Complaint, Claims 1-8 and 15 of United States Patent No. 9,203,930 are invalid under 35 U.S.C. § 101 for failure to claim patent-eligible subject matter.

4. With respect to the third cause of action in the Amended Complaint, Claims 1-2 and 5-8 of United States Patent No. 9,124,656 are invalid under 35 U.S.C. § 101 for failure to claim patent-eligible subject matter.

5. With respect to the fourth cause of action in the Amended Complaint, Claims 1, 4, 11, 16-17, and 20 of United States Patent No. 9,654,562 are invalid under 35 U.S.C. § 101 for failure to claim patent-eligible subject matter.

This is a final judgment, and all other relief requested by Amazon is denied; provided, however, this is without prejudice to any application or motion for costs or attorney's fees.

**IT IS SO ORDERED.**

Dated: March 20, 2024

Honorable André Birotte Jr.
United States District Judge