# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEIVA OPCO, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware Corporation,<br><br>Defendant. | Civil Action No.: 2:22-cv-02709-AB-MAA<br><br>**AMENDED FINAL JUDGMENT** |

The Court granted, in part, Defendant Amazon.com, Inc.'s Motion to Retax Costs on November 27, 2024. (Dkt. No. 179.) Specifically, the Court's order "allow[s] costs incurred in *Ceiva I* [*Ceiva Logic, Inc. v. Amazon.com, Inc.*, Case No. 19-cv-09129 (C.D. Cal.)] for discovery relevant to claims and defenses" in the above-captioned case. (*Id.* at 9.) Since then, the parties have reached agreement on the relevant costs and stipulate that $26,526.89 should be taxed against Ceiva for costs from *Ceiva I*. The parties stipulate that judgment on costs should be entered in a sum certain of $52,460.67. Accordingly, the Court **ORDERS** and **ENTERS FINAL JUDGMENT** on a sum certain as follows:

1  Costs are taxed against Plaintiff Ceiva Opco, LLC in a total amount of
2  $52,460.67, comprised of $25,933.78 taxed by the Clerk (Dkt. No. 163) and
3  $26,526.89 taxed in accordance with the Court's order on Amazon's Motion to
4  Retax Costs (Dkt. No. 179).

6  **IT IS SO ORDERED.**

8  Dated: March 10, 2025

Honorable André Birotte Jr.
United States District Judge